Marlene S. Muraco, Bar No. 154240
mmuraco@littler.com
Nicholas C. Lansdown, Bar No. 312915
nlansdown@littler.com
LITTLER MENDELSON, P.C.
50 W. San Fernando, 7th Floor
San Jose, California 95113.2431
Telephone:     408.998.4150
Facsimile:     408.288.5686

Attorneys for Defendant
PAYWARD, INC. DBA KRAKEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA ROSE, an individual, on behalf of herself and all other similarly situated employees,<br><br>Plaintiff,<br><br>v.<br><br>PAYWARD, INC. dba KRAKEN; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 3:25-CV-03524-TLT<br><br>**DECLARATION OF CRYSTAL LE DUC IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION OF A COLLECTIVE ACTION AND COURT AUTHORIZED NOTICE PURSUANT TO 29 U.S.C. § 216(b)**<br><br>Honorable Trina L. Thompson<br>Courtroom 9<br><br>Date:          September 23, 2025<br>Time:          2:00 p.m.<br><br>Trial Date:     Not Set<br>Complaint Filed:     April 22, 2025 |

DECLARATION OF CRYSTAL LE DUC ISO DEF'S OPP. TO MTN FOR CONDITIONAL CERTIFICATION

Docusign Envelope ID: 228172B8-3DAA-4530-9989-C4GEF2F80C8C

I Crystal Le Duc, declare as follows:

1.      I currently hold the position of People Operations Lead at Defendant Payward, Inc. dba Kraken ("Kraken").  I have personal knowledge of the facts stated herein. Further, if called and sworn as a witness, I could and would competently testify thereto.

2.      In my role as People Operations Lead, I have access to personnel records Kraken maintains in the regular course of business about its current and former employees. I obtained each attachment to this declaration from those corporate records.

3.      Attached hereto as **Exhibit 1** is an internal ticket dated November 23, 2021 directing that Plaintiff Ana Rose be moved to Team Lead "as she will be taking on some reports for someone leaving the company the end of the week."

4.      Attached hereto as **Exhibit 2** is an internal ticket indicating that Plaintiff "has completed her trial as team lead successfully" and that her compensation and stock options are being increased as a result effective March 1, 2022.

5.      True and correct copies of performance evaluations Plaintiff received for the periods April 1, 2022 through June 30, 2024 are attached hereto as **Exhibit 3** (4/1/22-9/30/22), **Exhibit 4** (10/1/22-3/31/23), **Exhibit 5** (4/1/23-9/30/23), **Exhibit 6** (10/1/23-12/31/23) and **Exhibit 7** (1/1/24-6/30/24). In some places, the evaluations have been redacted to remove third party names or sensitive information. Redactions appear as a black box.

6.      Attached hereto as **Exhibit 8** is an internal ticket indicating that on August 5, 2024 Plaintiff transferred from her position as Team Lead, Client Engagement in the Client Engagement organization to the role of Social Media Specialist II in the Marketing organization. Corporate records show that immediately prior to this transfer Plaintiff had fourteen Client Engagement Specialists reporting to her.

7.      Corporate records maintained in the regular course of Kraken's business show that Plaintiff's last day worked was December 2, 2024, and her termination date was January 1, 2025. At the

DECLARATION OF CRYSTAL LE DUC ISO DEF'S OPP. TO MTN FOR CONDITIONAL CERTIFICATION

time of her termination, Plaintiff was still employed as a Social Media Specialist II.

//

//

//

I declare under penalty of perjury under the laws of the United States of America and the laws of the State of California that the foregoing is true and correct.

Executed on June 25.00, 2025.

Signed by:

*Crystal Le Duc*

1AC74710D5F54FF...

CRYSTAL LE DUC

DECLARATION OF CRYSTAL LE DUC ISO DEF'S OPP. TO MTN FOR CONDITIONAL CERTIFICATION

**Docusign**

## Certificate Of Completion

Envelope Id: 220172B8-7DAA-4F30-99B9-C4CCF2F80C8C
Subject: Complete with Docusign: Declaration of Crystal Le Duc Authenticating Personnel Records.docx.pdf
Source Envelope:

| | | |
|---|---|---|
| | | Status: Completed |
| Document Pages: 3 | Signatures: 1 | Envelope Originator: |
| Certificate Pages: 1 | Initials: 0 | Rebekah Long |
| AutoNav: Enabled | | 237 Kearny St Ste 102 |
| EnvelopeId Stamping: Enabled | | San Francisco,  94108 |
| Time Zone: (UTC-08:00) Pacific Time (US & Canada) | | rebekah.long@kraken.com |
| | | IP Address: 2600:1f16:1f:6f |

## Record Tracking

| | | |
|---|---|---|
| Status: Original | Holder: Rebekah Long | Location: DocuSign |
| 6/25/2025 10:48:55 AM | rebekah.long@kraken.com | |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Crystal Le Duc | *Signed by:* Crystal Le Duc 1AC74710D5F54FF... | Sent: 6/25/2025 10:50:38 AM |
| crystal.leduc@kraken.com | | Viewed: 6/25/2025 11:01:08 AM |
| Security Level: Email, Account Authentication (None) | | Signed: 6/25/2025 11:01:35 AM |
| | Signature Adoption: Pre-selected Style | |
| | Using IP Address: 76.132.225.51 | |

Electronic Record and Signature Disclosure:
    Not Offered via Docusign

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 6/25/2025 10:50:39 AM |
| Certified Delivered | Security Checked | 6/25/2025 11:01:08 AM |
| Signing Complete | Security Checked | 6/25/2025 11:01:35 AM |
| Completed | Security Checked | 6/25/2025 11:01:35 AM |

| Payment Events | Status | Timestamps |
|---|---|---|

# EXHIBIT 1

## [KX-12292] Please create Sup Org  Created: 23/Nov/21  Updated: 24/Nov/21  Resolved: 24/Nov/21

| Status: | Completed |
| --- | --- |
| Project: | KX |
| Components: | None |
| Affects versions: | None |
| Fix versions: | None |
| Security Level: | General |

| Type: | Task | Priority: | Medium |
| --- | --- | --- | --- |
| Reporter: | Chantal Whineray (Inactive) | Assignee: | jessica.ball |
| Resolution: | Done | Votes: | 0 |
| Labels: | None | | |
| Remaining Estimate: | Not Specified | | |
| Time Spent: | Not Specified | | |
| Original estimate: | Not Specified | | |

| Request participants: | None |
| --- | --- |
| Department: | KX Operations |
| KX Employment Type: | Unsure |
| KX Manager User Picker: | wilcox |
| KX Workday Issue Type: | Help! |
| Pay Group: | Contractor Monthly Salary |
| Organizations: | None |

#### Description

Hi team, there is a pending job change for Ana Rose to move to a Team Lead. It was initiated via the MSS so please create a Sup Org as she will be taking on some reports for someone leaving the company at the end of the week.

Thanks!

#### Comments

Comment by jessica.ball [ 23/Nov/21 ]

sup org created.  will keep open to make sure job change is approved.

Generated at Thu May 15 18:18:23 UTC 2025 by crystal.leduc using Jira 1001.0.0-SNAPSHOT#100283-rev:7167b0683f3c73213efe8d31b6571123e5980b9e.

# EXHIBIT 2

## [KX-15381] @anar end of Team Lead trial Created: 08/Mar/22  Updated: 20/Mar/22  Resolved: 20/Mar/22

| Status: | Completed |
|---|---|
| Project: | KX |
| Components: | None |
| Affects versions: | None |
| Fix versions: | None |
| Security Level: | Performance Evaluation (This will ensure that only certain individuals will be able to see performance evaluations.) |

| Type: | KX Job Change Trial Evaluation | Priority: | Medium |
|---|---|---|---|
| Reporter: | julianac | Assignee: | Caine Knight (Inactive) |
| Resolution: | Done | Votes: | 0 |
| Labels: | None | | |
| Remaining Estimate: | Not Specified | | |
| Time Spent: | Not Specified | | |
| Original estimate: | Not Specified | | |

| KX Manager User Picker: | julianac |
|---|---|
| Exec 1: | joseph (Inactive) |
| Receiving Manager: | julianac |
| Title: | Client Engagement Team Lead |
| KX CAB Approvers: | Allen Petersen (Inactive), ben.hutchings, dakota.meadows (Inactive), J.P. Cummins (Inactive), jessica.ball, stevek |
| Reason: | @anar has completed her trial as team lead successfully.<br>Title is already correct on WD.<br>We need to raise her comp to 55k/year and award her the necessary amount of options to raise her to 3K options |
| KX Worker User Picker: | anar (Inactive) |
| Department: | CE - Client Engagement |
| Department 2: | CE - Client Engagement |
| KX Date: | 01/Mar/22 |
| Business Partner: | Chantal Whineray (Inactive), Former user (Inactive), jessica.ball, nicolasb |
| Worker Change Type: | Promotion |
| Request participants: | None |
| Organizations: | None |

**Comments**

| Comment by Caine Knight (Inactive) [ 08/Mar/22 ] |
|---|
| Hello Former user, <br><br> Acknowledging that we got your request. <br><br> Thanks! |

| Comment by Caine Knight (Inactive) [ 14/Mar/22 ] |
|---|
| Hi Former user, <br><br> Just wanted to provide an update. This is currently with C&B for approval on this ticket. <br><br> Thank you! <br> Gwen |

| Comment by stevek [ 15/Mar/22 ] |
|---|
| Ana currently holds 1k options. Need 2k additional grants to bring her up to 3k levels. |

| Comment by Caine Knight (Inactive) [ 20/Mar/22 ] |
|---|
| Hi Former user and Former user, <br><br> This is now reflecting in Workday with effective date 3/1/22. I will now close this ticket, but please feel free to reach out for any further assistance. |

Thank you!
Gwen

Generated at Thu May 15 18:21:17 UTC 2025 by crystal.leduc using Jira 1001.0.0-SNAPSHOT#100283-rev:7167b0683f3c73213efe8d31b6571123e5980b9e.

# EXHIBIT 3



**Rose, Ana**

Client Engagement Team Lead
Manager: Fabio Baglio
Evaluated By: Patrick Burns (Terminated)

**Bi-Annual Review (H2 2022)**

Organization: Fabio Baglio
Location: USA - Arizona
04/01/2022 - 09/30/2022

## Overall Rating

### Manager Overall Evaluation

| | |
|---|---|
| **Rating:** | Above Expectations |
| **Comment:** | Keep up the great work! |

## Acknowledgement

### Worker

| | |
|---|---|
| **Entered by:** | Ana Rose (Terminated) | **Date:** | 12/19/2022 |
| **Status:** | I acknowledge that I have reviewed the contents of this evaluation |
| **Comment:** | Unfortunately it is the first time I hear of the statements under the improvement opportunity that my prior management noted. patrick Burns is no longer with the company and for that reason, I don't see value in making any further notes regarding his statements. |

## Self Evaluation Questions

# What went well?

*Share at least 3 specific examples of how your work contributions over the last six months have positively impacted the business, including supporting data/metrics and objectives where possible.*

| Manager Evaluation | Worker Evaluation |
|---|---|
| Response: • I feel like H2 was a busy but productive time for KW and I am proud to have helped spearhead many of those changes. I look forward to the next Year and all the opportunities it will bring. The following are a few of the Changes and innovations I have been a part of in H2.<br>• I agree I think we had lower volumes but we stayed on top over everything. | Response: I feel like H2 was a busy but productive time for KW and I am proud to have helped spearhead many of those changes. I look forward to the next Year and all the opportunities it will bring. The following are a few of the Changes and innovations I have been a part of in H2.<br><br>I continued to deliver on our security minded CE values by proactively creating team policies and procedures. I implemented our team's PII/Personal data handling, self-harm threats (in collaboration with our Corporate Security Team), Compliance FIU Incident Response (in collaboration with the Compliance Incident Response Team), escalation procedures and attendance/PTO policies to mention a few. We add security tips to our meetings, content and we even |

- I created a robust team morale program along with a new role within our team in order to continue to promote team motivation, morale and cohesiveness. Our team members have the opportunity to participate in team building activities such as team games, awards, skill development opportunities, projects and competition. All with the goal of motivating our team to increase productivity, promote our six star client experience, communication among team members, encourage skill development and team comradery.
  - I think this is a great move during slow times to make sure the team is engaged and motivated.
- In an effort to improve our team skill set I decided to survey the team to find blind spots I hadn't noticed. I created a team survey and found that it was a useful tool to also gather team sentiment, interest and to gather team specific training feedback. I use this information to improve our team's morale, efficiency, cohesiveness and most importantly development plans. After receiving the feedback I saw a gap and partnered with every team member in KWS to successfully complete the Kraken University program as well as Empathy, Kraken's tone and Voice training. We will soon have the opportunity to participate in social media, communications and creative writing courses thanks to a collaboration with our CE Training team.
  - This will be a big win and hopefully bring KW social agents to the next level!

share these with our clients!

Innovation and development continue to be at the forefront of my to do list. I implemented new social media platforms to our team's scope of services such as our Kraken YouTube channel, Discord and CryptoWatch Twitter.I created the workflows, content and training material for each of these.

I created a robust team morale program along with a new role within our team in order to continue to promote team motivation, morale and cohesiveness. Our team members have the opportunity to participate in team building activities such as team games, awards, skill development opportunities, projects and competition. All with the goal of motivating our team to increase productivity, promote our six star client experience, communication among team members, encourage skill development and team comradery.

In an effort to improve our team skill set I decided to survey the team to find blind spots I hadn't noticed. I created a team survey and found that it was a useful tool to also gather team sentiment, interest and to gather team specific training feedback. I use this information to improve our team's morale, efficiency, cohesiveness and most importantly development plans. After receiving the feedback I saw a gap and partnered with every team member in KWS to successfully complete the Kraken University program as well as Empathy, Kraken's tone and Voice training. We will soon have the opportunity to participate in social media, communications and creative writing courses thanks to a collaboration with our CE Training team.

Not only do I continuously seek opportunities for my team members' growth and development but I also pay attention to our team member's wellbeing. I spend a lot of time getting to know each and every member of the team to learn how I can best assist them in their professional development and work-life balance. As a side effect of these long conversations, I

have been able to influence my team members in a positive way and I am able to identify learning opportunities and strengths.

I continuously collaborate with other team leaders as well as fellow Krakenites as much as I can. I was instrumental in training, guiding and setting up workflows for every new team under the Kraken Watch umbrella. I worked closely with the Reputation Team's new team lead to help train him and his team in the platforms he would be overseeing. I helped set up his team's documentation, workflows, shared team members to get his team started and introduced him to Krakenites he would have to collaborate with as the Reputation Team's new leader.

# What could have gone better?

*Explain what didn't go well, giving specific examples of objectives/metrics which were missed and what you could have done differently to achieve them over the last 6 months.*

Manager Evaluation

Response:
- Time management and organization was the biggest call out I had for your last review. I believe that you have improved a lot in these areas.
- I think that during your first PTO in June it could have gone better. When you were on PTO multiple things went wrong and we didn't have the correct processes in place to handle them. We have now corrected this by giving me access to all platforms and making sure everyone is aligned.

Worker Evaluation

Response:
I did not exceed my expectations on organization during the last review period so this was a top priority for me. I am now making use of my time more efficiently utilizing tools such as our calendar to organize my day and stick to a timeframe per activity, note-taking and reminders so that I don't miss any important tasks or due dates. I'm also taking plenty PTO since in the past even when I would schedule myself for PTO I would end up working, and this was a cause for concern to my superiors. I was able to take PTO for the first time and help get closer to achieving work life balance.

# What opportunities do you see for personal growth and improvement? What support do you need to

# achieve it?

*Describe the ways in which you have the opportunity to grow or contribute over the next 6 months. What support, tools or resources do you need to aid this? What could your manager or the company do/improve to help?*

| Manager Evaluation | Worker Evaluation |
|---|---|
| **Response:** • In the next 6 months I would love to see you develop ▮▮▮▮▮ into a full on supervisor and take on more responsibility that a supervisor should be handling. By being able to bring him to the next level you will be able to improve on both your leadership and management skills.<br>• I would also like to see all KW team leads work together to set up cross training sessions so all teams are cross trained in all of KW workflows.<br>• I would like to see more vision into the future of KW social. Currently most of our conversations are around day to day operations or personal issues but being able to hear your thoughts of where you see opportunities to grow KW social would allow me to see your ability to goto the next level.<br>• Finally being able to see you continue to improve on time management and organizational skills will continue to help you reach your goals. | **Response:** I feel that in order for me to continue to drive our team towards success I need clear communication and support to be able to in turn give my team the same. I have been successful in managing the entire team's responsibilities and guiding our team but as we grow, this becomes more difficult without the proper support and clear communication. I would love to continue to improve my leadership and management skills. |

# EXHIBIT 4



**Rose, Ana**                                                    Oct 2022 - Mar 2023

Client Engagement Team Lead                              Organization: Fabio Baglio
Manager: Fabio Baglio                                          Location: USA - Arizona
Evaluated By: Fabio Baglio                                   10/01/2022 - 03/31/2023

## Overall Rating

### Manager Overall Evaluation

| | |
|---|---|
| Rating: | Above Expectations |
| Comment: | Solid performance from Ana, she has all the metrics and value in check in order to step up and potentially become a manager one day. As mentioned prior, she should take a back seat and relax while her team will potentially do the majority of the job in the future. |

## Acknowledgement

### Worker

| | | | |
|---|---|---|---|
| Entered by: | Ana Rose (Terminated) | Date: | 05/22/2023 |
| Status: | I acknowledge that I have reviewed the contents of this evaluation | | |
| Comment: | | | |

## Kraken Values

# Which Kraken Value was most embodied / demonstrated over the observation period?

# Please share examples of how Kraken Values were demonstrated through actions and behaviors during the observation period. Where necessary, feel free to reference additional Kraken Values in this comment section as well.

| Manager Evaluation | Worker Evaluation |
|---|---|
| **Rating:** **Client Obsessed** | **Rating:** **Collaborative** |
| **Response:** Ana has stepped up a ton since we worked together. She managed to take the lead of the entire team and build a good relationship with her staff while motivating them. Kraken | **Response:** An example of how the value of collaboration was demonstrated through actions and behaviors is the collaboration in the Reddit ad campaign. The campaign was funded |

Watch is a very well oiled machine and they are a tight team as well. Ana has kept them united and gave them enough freedom while keeping the performance high. She is obsessed with customer service and she is always at the forefront for helping others as well. She has built a very strong connection with Marketing and the Comms team, plus she also helped with her team during the surge in onboarding. I believe Collaborative, as she mentioned, is definitely one of her strongest Kraken Value despite the fact I also selected "Client obsessed".

with MOONs that the team earned by engaging in the r/CryptoCurrency Subreddit, and it was significant because it saved Kraken money. The collaboration involved team members working together to handle acquisition and burning of the MOONs (payment), creative and back-and-forth communication with the moderators of the Subreddit. This collaboration allowed the team to secure a six-day ad campaign, which was two days over the amount that was budgeted for, and the team didn't have to use any additional funds. This example shows the value of collaboration because it demonstrates how working together and leveraging each other's strengths can lead to successful outcomes that benefit Kraken as a whole. It also highlights how Innovative thinking can lead to cost savings and efficiency improvements by pooling resources and expertise, showcasing the team's ability to work with external partners and stakeholders in a collaborative and effective manner.

# Which Kraken Value can be explored more and why?

# Feel free to reference additional Kraken Values in the comment section.

| Manager Evaluation | | Worker Evaluation | |
|---|---|---|---|
| Rating: | **Humble** | Rating: | **Humble** |
| Response: | I would agree with Ana on her thoughts. I would probably add "assume best intent" as at the beginning of our working relationship I felt I didn't really have the chance to get to know her before she assumed what I was thinking. When it comes to Humble though, I believe she is even though sometimes she is feeling the need to showcase her team's ability as she is not confident I am not aware of it. This is not a major concern per se. It's | Response: | I chose humble not because I am not humble but because I don't assert myself enough. However, I realize that this approach can sometimes impact my communication with others. For instance, I may hold back from giving feedback to avoid hurting someone's feelings or spend too much time worrying about how my words might be perceived, causing delays in my response. While it's essential to be mindful |

just something to observe and see if there is a need for improvement. Overall, she embraces the Kraken Values and she is willing to take feedback, so I don't have any concerns.

of how my words may impact others, I am working on finding a balance that allows me to communicate more effectively and confidently without sacrificing empathy and tact.

## Evaluation Questions

# What was the impact shown for driving the team or business forward?

# Think about the work that was done over the observation period and share specific examples of the contributions made using supporting data / metrics / etc.

Manager Evaluation

Response:    Ana has led the team brilliantly as mentioned before. She has pulled all of them together while being way less people than before. The team has delivered 6 stars client service + they have been able to pull tons of projects including the one from Reddit. They have also strengthened the relationship with Marketing and Comms and that led for Ana's team to explore a change of platform which potentially will benefit the reporting of the team as well. She works hard while keeping herself engaged with multiple stakeholders and even senior executives in order to keep our External comms tidy and professional. The team is united and the results of the surveys were pretty strong as well.

Worker Evaluation

Response:    As the team leader, I have worked long hours and I'm always available to guide the team. I've made sure to conduct well-being check-ins with my team members regularly and even changed meeting times to ensure that everyone could join our team meetings comfortably.

When USDC depegged due to SVB's collapse and USDC trading at an all time low, there was an increased interest in the market from clients trading USDC perpetual futures which allowed them to short or long USDC. Our marketing team was not reachable and I was able to join the call and help Kraken Futures while on vacation. We were able to send out a time sensitive tweet for the release of the new listings USDC & USDT which allowed Kraken to capitalize on the opportunity and become the only exchange listing USD denominated contracts. USDC & USDT did ~$2mill in 24-hr volume and our KF sign ups are up by

~20%during that week.

My collaboration with other teams such as Marketing, Legal, Product Managers, CW, AM, NFT, Comms were noteworthy. For example, during the past banking fiasco and FCC settlement, I was a key social media impact stakeholder in conversations with high-level marketing, comms, legal, finance, product and executive decision makers. I also collaborated on projects such as the Canada regulations, dormant accounts and Reddit ad campaign. Our Reddit ad campaign was funded with MOONs that the team earned by engaging in r/CryptoCurrency, saving the company around $6,000 USD. Campaign that ▮▮▮▮ had requested we explore.

I implemented various projects to improve the team's operations and promote cross-team collaboration and knowledge sharing. For example, I introduced the 'Breaking Down Silos' project, where a special guest from other teams within the company joins the team at monthly meetings to share knowledge and ideas.

Additionally, I implemented project ideas and a supervisor feedback submission processes where team specialists can submit any workflow improvement, ideas or feedback for review.

My leadership, collaboration, and project implementation skills had a significant impact on driving the team forward. I managed to keep the team motivated, informed and delivering excellent client service experience over social media, despite the various challenges that the team faced during the evaluation period.

# What could have been done differently to increase overall impact or effectiveness? What are the areas of opportunity?

# Explain what didn't go well over the observation period by giving examples of missed objectives and potential adjustments that could have been made - what can be worked on / improved upon

| Manager Evaluation | Worker Evaluation |
|---|---|
| **Response:** I wouldn't agree more with Ana's statement here. She comes across always in a rush and seems that things may go out of control (however, this is not happening). My suggestion here is to make sure that she makes things look easy. She can achieve this by delegating to multiple people in her team. Sometimes her strong bond with ▉ makes me think also that a lot of the delegation tasks are actually going only to her (maybe ▉ is an expectation). But I would like to see all the teams in charge of something. The goal is to get out of the fire-fighting stage and to make sure we are building a team that can be promoted and move to different areas or departments if it's needed. Overall, those are suggestions from an external perspective, she is doing great and I am happy with the results. | **Response:** Balancing workload: while working long hours and being available to guide the team are commendable, it's important to ensure that the workload is balanced and sustainable in the long run. Working 12+ hour days consistently can lead to burnout and negatively impact overall effectiveness. It's worth exploring ways to delegate tasks and responsibilities to other team members to distribute the workload more effectively. |

# EXHIBIT 5



## Rose, Ana
Apr 2023 - Sept 2023

Client Engagement Team Lead

Manager: Aileen Bendeck (Terminated)

Evaluated By: Aileen Bendeck (Terminated)

Organization: Zoë Griggs

Location: USA - Arizona

04/01/2023 - 09/30/2023

## Overall

### Manager Overall Evaluation

| | |
|---|---|
| **Rating:** | Met Expectations |
| **Comment:** | |

## Acknowledgement

### Worker

| | | | |
|---|---|---|---|
| **Entered by:** | Ana Rose (Terminated) | **Date:** | 11/20/2023 |
| **Status:** | I acknowledge that I have reviewed the contents of this evaluation | | |
| **Comment:** | | | |

## Evaluation Questions

### What went well ?

Examples could include:

- Describe the Krakenite's impact during this performance cycle
- Describe challenges faced and how they were overcome

**Manager Evaluation**

Response: **Through this observation period, from my perspective, Ana most embodied the Innovative value. This value was demonstrated by Ana communicating her vision for community management and partnering with Marketing to begin piloting various concepts, directly driving Kraken Watch's transition to improved tech solutions, and continuously remaining diligent to identify and drive opportunities to improve the 6 Star service provided to clients by the Kraken Watch team, for instance, verifying various social support accounts and leveraging paid subscriptions to increase capabilities.**

**Echoing Fabio's feedback from Ana's last performance evaluation, I agree that Ana is extremely client-focused, exhibiting the client obsession value as she consistently is attuned to client perception of Kraken and seizing opportunities to push our social**

**Worker Evaluation**

Response: As the KW Team Lead, I've been committed to driving our team's success and contributing to the overall growth and reputation of our company. Here's a summary of my accomplishments, contributions, and ongoing efforts during Q2 2023:

- **Forward-Looking Vision for Team**: I played a pivotal role in crafting a forward-thinking vision for our team. This vision includes transforming our team specialists into community and support managers, harnessing the power of organic mini videos to assist crypto newcomers, further reinforcing our mission to make cryptocurrency accessible to everyone and increasing adoption. Additionally, I've proposed we focus on showcasing our support successes on social media to further amplify our company's reputation for delivering outstanding client support.

media support offering ahead.

During this observation period, Ana has driven the business forward in the following ways:

1. Improved tooling leveraged by the Kraken Watch team

By directly supporting the evaluation, procurement of seats, and installation of Sprinklr for the Kraken Watch team, Ana has been an active stakeholder in reducing switching costs, improving automation potential, and improving reporting reliability for social support. Prior to Sprinklr, Kraken Watch has worked across Sprout, Slack channels, and within managed platforms, using a disorganized approach which has increased inefficiency during a period where significant hiring constraints have existed. By resolving this, the team can now work in a more streamlined manner and better understand the impact of their work. Additionally, more formal support can be provided moving forward by CE's Quality Assurance and Workforce Management teams to ensure Kraken Watch is receiving unbiased quality audits on their work and is appropriately staffed given workload, distribution of staff, and target service levels for social support.

2. Increased security of social accounts, along with social reputation & verifiability

Through this review period, Ana worked directly with Kraken's CSO and IT systems manager to systematically review our social media support accounts and ensure all security settings were appropriate. Additionally, Ana worked to ensure Kraken's social support accounts were named to be easily recongizable and were verified as brand-aligned accounts to increase the credibility of Kraken's social media support. Lastly, she and the Kraken Watch team partnered closely with Growth Marketing and TrustPilot to significantly raise Kraken's Trustpilot score via strategically reaching out to reviewers.

3. Increased reach of Kraken Watch

Ana designed and communicated her vision for Kraken Watch, which included increasing

- **Collaboration with Other Teams**: I've actively engaged with various teams, including security, marketing, product, and communications, on several critical initiatives and campaigns, such as Reddit BRICKs and MOONs listing, NFT William's Racing Rear Wing Takeover, Nick P.'s Reddit AMA, Consumer UK Acquisition Campaign, CW Shutdown and addressing internal information leaks and crises. These collaborations have been instrumental in amplifying the reach of our campaigns and minimizing damage to our reputation.

- **Team Supervision and Morale Boosting**: I've provided consistent supervision and personal support to our team, ensuring that they perform at their best. I've initiated morale-boosting activities such as hands-on crypto activities, meeting icebreakers, and impromptu check-in huddle sessions. By encouraging specialist autonomy and allowing participation in projects of interest, I've motivated the team to take ownership of their roles.

- **Social Media Account Management**: I've taken responsibility for managing and safeguarding all our social media accounts. Alongside ████ and ████, I'm one of the three admins entrusted with admin privileges. This role includes granting permissions to other teams within Kraken and keeping track of said permissions.

- **New Social Media Management Tool Implementation**: I've led the implementation of our new social media management tool, Sprinklr, for our support and marketing teams. This involved setting up social media accounts on the platform, negotiating cost-effective solutions with the Sprinklr team, and establishing efficient workflows, working to ensure a seamless migration and taking steps to optimize our operations using the new platform. I also set up workspaces within Sprinklr for our Caine Knight's AM and Math Louiselle's teams ensuring they did not experience interruptions of service.

the team's scope of impact to involve community management and proactive engagement on social media, which has historically been managed exclusively by Marketing without significant dedicated attention. Further, Ana presented her vision to the Social Marketing team.

Additionally, the Kraken Watch team remains highly engaged and motivated, positioning them to increase their individual impact and Kraken Watch's collective impact on driving success for the business.

- **Collaboration with WFM and QA**: I initiated a collaboration with ▆▆ from Workforce Management and ▆▆ from QA to enhance collaboration and address our team's WFM and QA needs effectively.
- **Internal Information Security**: I've reinforced our commitment to keeping internal discussions within the company and reporting security concerns to our security team promptly by setting up a new escalation procedure for said reports and constant reminders of safe and secure behavior within our team.
- **Enhanced Social Media Security**: I am involved in the regular security reviews of our social media accounts, ensuring they remain secure and protected and maintaining our social account access database.
- **Collaboration with Fraud and Compliance Teams**: I've collaborated closely with the fraud and compliance teams to investigate root causes of fraud and compliance cases on social media and implemented proactive measures to safeguard Kraken's reputation. I set up a team to help with fraud reports collection and a to help facilitate our response and cooperation with the Fraud and Compliance teams to solve fraud and compliance cases as well as a new escalation workflow tailored our social media fraud cases.
- **Exploration of New Social Media Platforms**: I've explored new opportunities on social media platforms like Threads, Metaverse, WhatsApp and TikTok to increase our team's reach and engagement. I took on the responsibility of establishing dedicated social media accounts tailored for our UK audience on platforms like Instagram and Facebook. This initiative was aimed at ensuring our adherence to regulatory requirements in the realm of social media. Additionally, I have been actively assisting our Marketing Director in strategizing and making informed decisions to ensure ongoing compliance.

- **Supporting Training Initiatives**: I've supported training initiatives within the team to enhance our skills and knowledge, ensuring a more proficient and capable team. We're actively reviewing Synthesia and in conversations with various teams to gauge interest in the program to see how it can enhance our training programs. I've initiated training and development programs for team members, enhancing their skills and fostering a culture of continuous improvement.
- **Communication and Collaboration**: I've fostered cross-team collaboration, improved communication across departments, and established a culture of transparency and accountability within our team. I've actively contributed to leadership meetings and decision-making processes, collaborating with my team to support campaigns and outreach efforts.
- **Leadership During Challenging Times**: Despite facing challenges such as layoffs, market fluctuations, and leadership changes, I've maintained a high team morale, ensuring our team remains resilient and adaptable.
- **Ongoing Efforts**: I'm actively engaged in ongoing efforts, including Sprinklr integration, TrustPilot improvement, staffing needs assessment, automation enhancements, security reviews, and supporting marketing campaigns.
- **Future Planning**: I'm committed to planning for the future, addressing emerging opportunities and challenges, and ensuring our team remains at the forefront of social media support in the cryptocurrency industry.

In conclusion, I've been dedicated to driving our team's success and contributing to the growth and reputation of Kraken in the cryptocurrency industry. I'm committed to ongoing improvement and eager to continue leading our team to new heights in the upcoming quarters.

## What could have gone better?

Examples could include:

- Define areas that fell short of expectations
- Describe challenges faced and how they were overcome

| Manager Evaluation | Worker Evaluation |
|---|---|

**Response:** Ana could benefit from further exploring and embracing the Collaborative value. While Ana is a hardworking and high output individual contributor, she would benefit from delegating more readily across her team to become a more effective force multiplier, and to enable growth and higher output from her team. Additionally, it would be beneficial for Ana to map out her responsibilities and align ownership of tasks across Marketing and her direct manager in order to partner more effectively across the organization. Ana has a tendency to place a majority of the ownership relating to social support directly on herself, and while she is extremely capable, this is limiting and I believe creates a false sense of restricted bandwidth for Kraken Watch that could be rectified with more effective collaboration and time management.

As previously mentioned in the values section, Ana would benefit from improving her organization of work to more effectively collaborate with others. In addition to improving collaboration, Ana could make more consistent progress on larger projects and take her day-to-day to a more proactive approach by planning ahead with greater focus and being more intentional to focus on strategic initiatives on an ongoing basis.

Overall, clearer responsibilities and more defined ownership in Ana's partnerships as well as improved organization of work will enable Ana and her team to add more value than they are currently with many bottlenecks and single points of failure and a largely reactive approach to tackling challenges.

**Response:** Over the past year, I have had the privilege of leading our team through various challenges and opportunities. In this section, I aim to provide an honest assessment of areas that fell short of expectations and the strategies I employed to address these challenges.

- **Presentation Delay**: One significant area that fell short of expectations was the delay in the community management vision presentation to the Marketing team. This delay was primarily due to the unexpected departure of ███ and ██ 's maternity leave, which left our team with insufficient support to meet all our obligations simultaneously. Consequently, I was compelled to prioritize our new social media management tool implementation over the vision presentation.
- In hindsight, it's clear that better planning and resource allocation could have mitigated this delay. In the future, I am committed to ensuring that we have the correct support in place to avoid such setbacks. This includes establishing contingency plans for unexpected personnel changes and improving communication channels to facilitate smoother transitions during team departures.
- **Data Collection and Processing**: While we made significant progress with the implementation of Sprinklr and collaborated effectively with various teams, there are still outstanding challenges related to data collection and processing. We have been actively working with the Data, WFM, and QA teams to resolve these data-related issues, but there is more work to be done.

- In retrospect, a more structured approach to data enhancement initiatives could have expedited our progress. Moving forward, I am committed to fostering even closer collaboration with the relevant teams and implementing more robust data management processes to ensure that these issues are addressed in a timely manner.
- **Wellbeing and Self-Care**: One aspect that I acknowledge could have gone better is my own wellbeing and self-care. It is essential to recognize that prioritizing personal wellbeing is crucial to sustaining productivity and maintaining a positive work-life balance. As a leader, I need to set an example for the team in this regard.
- In the coming year, I am committed to actively prioritizing my own wellbeing and promoting a healthy work culture within our team. This includes setting clear boundaries, taking regular breaks, and encouraging team members to do the same.
- **Staffing and Support Needs**: The significant reduction in our team's specialist count during the layoffs presented a formidable challenge. I stepped into the roles of team supervisor, lead, and manager to compensate for these losses. Our 15 specialists have been tasked with handling the volumes that were previously managed by over 60 specialists.
- While I have implemented automations and efficiency improvements to alleviate this burden, it is clear that additional specialists are needed to fully address this issue. Moving forward, I will continue to advocate for the necessary staffing levels to support our team effectively and ensure that no team member is overwhelmed with excessive workloads.

I am committed to learning from these experiences to drive positive change in the coming year. I remain dedicated to the success of our team and organization and look forward to working collaboratively to

overcome challenges and achieve our goals.

## What should the Krakenite focus on achieving in the coming months?

Examples can include:

- Near-term priorities / objectives and key results (OKRs)
- Skill development opportunities
- Opportunities for Krakenite to further demonstrate Operating Principles in action

| Manager Evaluation | Worker Evaluation |
|---|---|
| Response: This observation period, Ana has met expectations by improving tooling for her team to improve efficiency and reporting capabilities, and by increasing her team's scope and improving our social media account management to improve Kraken's social support presence and community management and engagement capabilities.<br><br>My recommendation and feedback for Ana's career advancement includes improving her time management to focus more intentionally on strategic initiatives and become more proactive in her approach to work, and improving the definition of task ownership within her team and partnerships to become a more effective force multiplier.<br><br>Great work through this period, Ana! Much of the wins accomplished through this period have laid a solid springboard for the advancement of Kraken Watch, and I'm excited to support you in developing the team and our social presence to be even greater! | Response: In the upcoming months, I will be focusing on a set of near-term priorities and objectives, closely aligned with key results, with the ultimate aim of steering our team toward continued success. First and foremost, there is significant potential in pursuing skill development opportunities, a crucial step in enhancing our capabilities and ensuring we remain competitive in the ever-evolving crypto industry. Equally important is the need to further exemplify Kraken's Operating Principles in our actions, with a particular emphasis on values like transparency, integrity, and a customer-centric approach. To effectively realize these objectives, it's imperative that we dedicate our attention to several key areas.<br><br>• **Contingency Planning:** Learn from past challenges, such as unexpected personnel changes, and develop robust contingency plans to mitigate similar setbacks in the future. Ensure that the team is well-prepared to handle unforeseen disruptions without compromising key initiatives.<br><br>• **Wellbeing and Self-Care:** Promote a culture of wellbeing and self-care within the team. Encourage team members, to prioritize personal health and work-life balance. Set an example by taking regular breaks and setting clear boundaries.<br><br>• **Staffing Needs:** Continue advocating for the necessary staffing levels to support the team effectively. Ensure that workload distribution is reasonable, especially considering the reduction in specialist count during layoffs. Explore opportunities for hiring and automation to optimize efficiency. |

- **Future-focused Innovation:** Stay ahead of emerging opportunities and challenges in the crypto industry. Keep the team at the forefront of social media support by exploring new platforms, technologies, and strategies to engage with the crypto community.

- **Ongoing Engagement:** Maintain active engagement in ongoing efforts, such as Sprinklr integration, TrustPilot improvement, and automation enhancements. Ensure that these initiatives align with the team's objectives and contribute to Kraken's success.

By prioritizing these areas and aligning them with specific OKRs, I am confident that we can steer our team towards achieving our goals and maintaining a strong position in the crypto industry. Together, we can make a significant impact on Kraken's success.

# EXHIBIT 6



**Rose, Ana**                                                    Oct. 2023 - Dec. 2023

Client Engagement Team Lead                                  Organization: Zoë Griggs
Manager: Aileen Bendeck (Terminated)                          Location: USA - Arizona
Evaluated By: Aileen Bendeck (Terminated)                     10/01/2023 - 12/31/2023

## Overall Rating

### Manager Overall Evaluation

**Rating:**       Met Expectations

**Comment:**      Ana's contributions and achievements were significant and numerous during this reporting period,
                  making them worthy of recognition. At the same time, high-impact opportunities exist for Ana to
                  strengthen her capabilities as a leader by actioning the feedback previously provided to her and echoed
                  in this evaluation.

## Evaluation Questions

# What outcomes from the Krakenite's work had the most significant impact this past cycle?

Recognize and appreciate the positive things they are doing well and encourage them to continue.

Examples could include:

- Meeting deadlines or surpassing goals on projects (OP: Velocity).
- Examples of anticipating and prioritizing client needs (OP: Anticipate Client Needs).
- Applying crypto knowledge and expertise (OP: Crypto Expertise).
- Taking risks to enhance scalability and resiliency (OP: Navigate Risks).

### Manager Evaluation

**Response:**     During this observation period, Ana has:
1. Demonstrated great collaboration by successfully launching the WFM partnership for Kraken Watch, which will enable the team to 'come out of the shadows' and integrate more into how the rest of CE operates day-to-day to meet our client needs.
2. Supporting our UK and FCA endeavours by launching UK-specific social media accounts for Kraken on Facebook and Instagram.
3. Played a pivotal role in the recovery of a key Reddit account (kraken_fx) , significantly enhancing our marketing impact and outreach capabilities.

### Worker Evaluation

**Response:**     As the KW Team Lead, I've been committed to driving our team's success and contributing to the overall growth and reputation of our company. Here's a summary of my accomplishments, contributions, and ongoing efforts during Q2 2023:

It's important to acknowledge the work you've done. Your achievements are commendable, and we encourage you to build upon this success in future endeavours.

- **Forward-Looking Vision for Team**: I played a pivotal role in crafting a forward-thinking vision for our team. This vision includes transforming our team specialists into community and support managers, harnessing the power of organic mini videos to assist crypto newcomers, further reinforcing our mission to make cryptocurrency accessible to everyone and increasing adoption. Additionally, I've proposed we focus on showcasing our support successes on social media to further amplify our company's reputation for delivering outstanding client support.

- **Collaboration with Other Teams**: I've actively engaged with various teams, including security, marketing, product, and communications, on several critical initiatives and campaigns, such as Reddit BRICKs and MOONs listing, NFT William's Racing Rear Wing Takeover, Nick P.'s Reddit AMA, Consumer UK Acquisition Campaign, CW Shutdown and addressing internal information leaks and crises. These collaborations have been instrumental in amplifying the reach of our campaigns and minimizing damage to our reputation.

- **Team Supervision and Morale Boosting**: I've provided consistent supervision and personal support to our team, ensuring that they perform at their best. I've initiated morale-boosting activities such as hands-on crypto activities, meeting icebreakers, and impromptu check-in huddle sessions. By encouraging specialist autonomy and allowing participation in projects of interest, I've motivated the team to take ownership of their roles.

- **Social Media Account Management**: I've taken responsibility for managing and safeguarding all our social media accounts. Alongside ███ and ███, I'm one of the three admins entrusted with admin privileges. This role includes granting permissions to other teams within Kraken and keeping track of said permissions.

- **New Social Media Management Tool Implementation**: I've led the implementation of our new social media management tool, Sprinklr, for our support and marketing teams. This involved setting up social media accounts on the platform, negotiating cost-effective solutions with the Sprinklr team, and establishing efficient workflows, working to ensure a seamless migration and taking steps to optimize our operations using the new platform. I also set up workspaces within Sprinklr for our Caine Knight's AM and Math Louiselle's teams ensuring they did not experience interruptions of service.
- **Collaboration with WFM and QA**: I initiated a collaboration with Roberto from Workforce Management and Nate from QA to enhance collaboration and address our team's WFM and QA needs effectively.
- **Internal Information Security**: I've reinforced our commitment to keeping internal discussions within the company and reporting security concerns to our security team promptly by setting up a new escalation procedure for said reports and constant reminders of safe and secure behavior within our team.
- **Enhanced Social Media Security**: I am involved in the regular security reviews of our social media accounts, ensuring they remain secure and protected and maintaining our social account access database.
- **Collaboration with Fraud and Compliance Teams**: I've collaborated closely with the fraud and compliance teams to investigate root causes of fraud and compliance cases on social media and implemented proactive measures to safeguard Kraken's reputation. I set up a team to help with fraud reports collection and a to help facilitate our response and cooperation with the Fraud and Compliance teams to solve fraud and compliance cases as well as a new escalation workflow tailored our social media fraud cases.

- **Exploration of New Social Media Platforms**: I've explored new opportunities on social media platforms like Threads, Metaverse, WhatsApp and TikTok to increase our team's reach and engagement. I took on the responsibility of establishing dedicated social media accounts tailored for our UK audience on platforms like Instagram and Facebook. This initiative was aimed at ensuring our adherence to regulatory requirements in the realm of social media. Additionally, I have been actively assisting our Marketing Director in strategizing and making informed decisions to ensure ongoing compliance.

- **Supporting Training Initiatives**: I've supported training initiatives within the team to enhance our skills and knowledge, ensuring a more proficient and capable team. We're actively reviewing Synthesia and in conversations with various teams to gauge interest in the program to see how it can enhance our training programs. I've initiated training and development programs for team members, enhancing their skills and fostering a culture of continuous improvement.

- **Communication and Collaboration**: I've fostered cross-team collaboration, improved communication across departments, and established a culture of transparency and accountability within our team. I've actively contributed to leadership meetings and decision-making processes, collaborating with my team to support campaigns and outreach efforts.

- **Leadership During Challenging Times**: Despite facing challenges such as layoffs, market fluctuations, and leadership changes, I've maintained a high team morale, ensuring our team remains resilient and adaptable.

- **Ongoing Efforts**: I'm actively engaged in ongoing efforts, including Sprinklr integration, TrustPilot improvement, staffing needs assessment, automation enhancements, security reviews, and supporting marketing campaigns.

- **Future Planning**: I'm committed to planning for the future, addressing emerging opportunities and challenges, and ensuring our team remains at the forefront of social media support in the cryptocurrency industry.

In conclusion, I've been dedicated to driving our team's success and contributing to the growth and reputation of Kraken in the cryptocurrency industry. I'm committed to ongoing improvement and eager to continue leading our team to new heights in the upcoming quarters.

# What outcomes were expected but not achieved by the Krakenite this past cycle?

Share areas to improve and give helpful suggestions for getting there.

Examples could include:

- Ensuring that practices align with Kraken's values and operating principles.
- Finding ways to use time wisely and cut out distractions.
- Trying out better approaches and leaving behind ones that don't work.
- Getting better at collaborating and communicating with others for smoother teamwork and stronger project outcomes.

| Manager Evaluation | Worker Evaluation |
|---|---|
| Response: Ana has been provided clear feedback, especially coming from KX, as escalated through her team:<br>• have regular 1:1s, and have agendas<br>• clear direction and comms on projects<br>• team meetings<br>• clear communication with the team<br>• timely responses and availability<br>• Improving her time management to focus more intentionally on strategic initiatives and become more proactive in her approach to work.<br><br>It would be beneficial for Ana to clearly and granularly map out her team's responsibilities and align ownership of tasks across Kraken Watch to give her stakeholder more visibility on ownership in order to partner more effectively across the | Response: |

organisation.

Ana has a tendency to place a majority of the ownership relating to social support directly on herself, and while she is extremely capable, this is limiting and I believe creates a false sense of restricted bandwidth for Kraken Watch that could be rectified with more effective collaboration and time management.

- Comment
  Over the past year, I have had the privilege of leading our team through various challenges and opportunities. In this section, I aim to provide an honest assessment of areas that fell short of expectations and the strategies I employed to address these challenges.
  - **Presentation Delay**: One significant area that fell short of expectations was the delay in the community management vision presentation to the Marketing team. This delay was primarily due to the unexpected departure of ███ and ██ 's maternity leave, which left our team with insufficient support to meet all our obligations simultaneously. Consequently, I was compelled to prioritize our new social media management tool implementation over the vision presentation.
  - In hindsight, it's clear that better planning and resource allocation could have mitigated this delay. In the future, I am committed to ensuring that we have the correct support in place to avoid such setbacks. This includes establishing contingency plans for unexpected personnel changes and improving communication channels to facilitate smoother transitions during team departures.
  - **Data Collection and Processing**: While we made significant progress with the implementation of Sprinklr and collaborated effectively with various teams, there are still outstanding challenges related to data collection and processing. We have been actively working with the Data, WFM, and QA teams to resolve these data-related issues, but there is more work to be done.

- In retrospect, a more structured approach to data enhancement initiatives could have expedited our progress. Moving forward, I am committed to fostering even closer collaboration with the relevant teams and implementing more robust data management processes to ensure that these issues are addressed in a timely manner.

- **Wellbeing and Self-Care**: One aspect that I acknowledge could have gone better is my own wellbeing and self-care. It is essential to recognize that prioritizing personal wellbeing is crucial to sustaining productivity and maintaining a positive work-life balance. As a leader, I need to set an example for the team in this regard.

- In the coming year, I am committed to actively prioritizing my own wellbeing and promoting a healthy work culture within our team. This includes setting clear boundaries, taking regular breaks, and encouraging team members to do the same.

- **Staffing and Support Needs**: The significant reduction in our team's specialist count during the layoffs presented a formidable challenge. I stepped into the roles of team supervisor, lead, and manager to compensate for these losses. Our 15 specialists have been tasked with handling the volumes that were previously managed by over 60 specialists.

- While I have implemented automations and efficiency improvements to alleviate this burden, it is clear that additional specialists are needed to fully address this issue. Moving forward, I will continue to advocate for the necessary staffing levels to support our team effectively and ensure that no team member is overwhelmed with excessive workloads.

I am committed to learning from these experiences to drive positive change in the coming year. I remain dedicated to the success of our team and organization and look forward to working collaboratively to overcome challenges and achieve our goals.

## What actions should the Krakenite consider for their growth and development in the coming months?

Share your thoughts on enhancing skills and personal growth opportunities to become more effective in their position and what support is needed.

Consider actions or behaviors that involve:

- Growth in specific Kraken values or operational principles.
- Attending workshops or participating in learning that can support acquiring new specific skills or refining existing techniques.
- Taking the initiative to research new projects or embrace additional responsibilities.
- Injecting crypto knowledge into daily work.
- Role expectations for the next 6 months

### Manager Evaluation

Response:

1. Actively collaborate on raising the team's profile through strategic data initiatives and collaborate more effectively with teams who by default can help get the team this visibility.

2. Continuously evolve leadership style to ensure seamless team operation and heightened efficiency in achieving collective goals.

3. Develop a granular map of individual and team responsibilities to align on ownership, fostering accountability and clarity in roles.

4. Gain proficiency in requesting optimal staffing levels to ensure the team is adequately resourced for efficient performance. This can be achieved through partnerships with teams who can provide more data regarding workload.

5. Be responsive on Slack to her team and her leaders.

### Worker Evaluation

Response: Comment

In the upcoming months, I will be focusing on a set of near-term priorities and objectives, closely aligned with key results, with the ultimate aim of steering our team toward continued success. First and foremost, there is significant potential in pursuing skill development opportunities, a crucial step in enhancing our capabilities and ensuring we remain competitive in the ever-evolving crypto industry. Equally important is the need to further exemplify Kraken's Operating Principles in our actions, with a particular emphasis on values like transparency, integrity, and a customer-centric approach. To effectively realize these objectives, it's imperative that we dedicate our attention to several key areas.

6. Strengthen communication and collaboration with leadership peers, contributing to a more cohesive and aligned organisational approach.

7. Actively cultivate trust within the team to facilitate seamless collaboration and promote a culture of constructive feedback-sharing.

8. Strive for a balanced approach between work and personal identity, enabling effective detachment and prioritisation for improved decision-making.

9. Establish clear boundaries between work and personal life to handle team challenges objectively and ensure a healthier work-life balance. Discuss these with your leader and align to implement.

10. Effectively manage her team member's strengths and opportunities for development to increase the impact of her team on business objectives.

11. Develop a more open and receptive attitude towards feedback, working towards being less defensive and leveraging constructive criticism for personal and professional growth.

12. Actively seek guidance and support from leaders and peers.

13. Leverage the strengths of the entire team rather than relying on a select few individuals.

14. Shift mindset from an individual contributor focus to operating more effectively as the leader of a team, emphasising collaboration and collective success.

- **Contingency Planning:** Learn from past challenges, such as unexpected personnel changes, and develop robust contingency plans to mitigate similar setbacks in the future. Ensure that the team is well-prepared to handle unforeseen disruptions without compromising key initiatives.
- **Wellbeing and Self-Care:** Promote a culture of wellbeing and self-care within the team. Encourage team members, to prioritize personal health and work-life balance. Set an example by taking regular breaks and setting clear boundaries.
- **Staffing Needs:** Continue advocating for the necessary staffing levels to support the team effectively. Ensure that workload distribution is reasonable, especially considering the reduction in specialist count during layoffs. Explore opportunities for hiring and automation to optimize efficiency.
- **Future-focused Innovation:** Stay ahead of emerging opportunities and challenges in the crypto industry. Keep the team at the forefront of social media support by exploring new platforms, technologies, and strategies to engage with the crypto community.
- **Ongoing Engagement:** Maintain active engagement in ongoing efforts, such as Sprinklr integration, TrustPilot improvement, and automation enhancements. Ensure that these initiatives align with the team's objectives and contribute to Kraken's success.

By prioritizing these areas and aligning them with specific OKRs, I am confident that we can steer our team towards achieving our goals and maintaining a strong position in the crypto industry. Together, we can make a significant impact on Kraken's success.

# Are there any additional points to share in relation to the Krakenite's performance this past cycle?

**Examples of your reflection may include: personal goals, challenges, wins, needed support, etc.**

| Manager Evaluation | Worker Evaluation |
|---|---|

**Response:**

While Ana is a hardworking and high output individual contributor, she would benefit from more effective collaboration across her team to become a more effective force multiplier, and to enable growth and higher output from her team.

Ana is extremely client-focused, exhibiting the client obsession value as she consistently is attuned to client perception of Kraken and seizing opportunities to push our social media support offering ahead.

Ana would benefit from improving her organisation of work to more effectively collaborate with others. In addition to improving collaboration, Ana could make more consistent progress on larger projects and take her day-to-day to a more proactive approach by planning ahead with greater focus and being more intentional to focus on strategic initiatives on an ongoing basis.

 Overall, clearer responsibilities and more defined ownership in Ana's partnerships as well as improved organisation of work will enable Ana and her team to add more value than they are currently with many bottlenecks and single points of failure and a largely reactive approach to tackling challenges.

**Response:**    Not at this time.

# EXHIBIT 7

Evaluation Questions

---

**Question**

What outcomes from the Krakenite's work had the most significant impact this past cycle?

Recognize and appreciate the positive things they are doing well and encourage them to continue.

Examples could include:

- Meeting deadlines or surpassing goals on projects (OP: Velocity).
- Examples of anticipating and prioritizing client needs (OP: Anticipate Client Needs).
- Applying crypto knowledge and expertise (OP: Crypto Expertise).
- Taking risks to enhance scalability and resiliency (OP: Navigate Risks).

---

**Manager**

**Comment**

Through this period, Ana supported the Kraken Watch team and social support at Kraken, receiving significant praise from her stakeholders across Kraken. In particular, Ana was commended for acting as a crucial link between Marketing and Support, her commitment for operational security, and her stewardship of the Kraken brand.

In terms of outcomes achieved, these can be summarized in three key categories: expansion and continuity of services, efforts to improve operations, and team member engagement.

Expansion and Continuity of Services:

- Supported with security approval for Kraken's Discord server which is expected to enhance efficiency of Discord support as well as security for our client base on Discord.
- Negotiated with Sprinklr to recoup listening mentions, a crucial feature for social support operations, and continued to build out Sprinklr in partnership with DRIs and the Sprinklr account team to support team needs and improve performance.
- Supported the resolution of access issues with Trust Pilot, ensuring Kraken's reputation management efforts could resume.
- Supported the initiation of a pilot project for personalized videos in social media DMs targeting an elevated support experience.
- Facilitated internal hiring and onboarding of new KW team members to achieve 24/7 coverage in the face of many x-team transfers.
- Supported the Kraken Watch team and our clients on social in navigating change, relevant projects included:
  - DLTF partnership
  - ToS changes for US based clients
  - BTC contest

Efforts to Improve Operations:

- Presented a compelling business case for integrating Kraken Watch into the Marketing function to form a single Social team responsible for support and community management, aiming to align Kraken with the industry standard and to optimize team structure for efficiency.
- Supported the implementation of effective spam filters, significantly reducing noise and enabling the KW team to focus on higher-value client interactions.

Evaluation Questions

- Supported the introduction of a peer-to-peer feedback program within Kraken Watch, fostering a culture of continuous improvement within her team.
- Supported the development of a robust fraud management policy, enhancing our ability to detect and mitigate risks for clients on social media interactions.
- Created new social accounts to support UK and Spain regulatory requirements
- Reviewed and refined Zendesk macros to boost efficiency
- Began planning x-training sessions with CE Trainers to equip KW team members with specialized support knowledge and permissions which will increase KW's support capabilities.

Team Member Engagement:

- Took a strategic approach to assign DRIs to address business needs, considering team member interests, strengths, and capabilities, providing team members with growth opportunities within Kraken Watch.
- Continued to make engaging posts in team and company Slack channels and to drive team meetings that promoted engagement and a sense of belonging and community within the Kraken Watch team.
- Supported Crypto Knowledge Workshops within Kraken Watch, to help the Kraken Watch team remain at the forefront of crypto
- Led team meetings that encouraged participation and team-building while keeping team members informed on current events and performance, reinforcing a positive team culture.

Additionally, partnered with Operational Resiliency and positioned Kraken Watch to effectively support incident kickoff during the SIT retreat earlier this year.

---

Worker

**Comment**

Key Achievements

Sprinklr Platform Improvements and Optimization:

- Continued efforts to improve and optimize the Sprinklr platform.
- Enhanced the tagging system, spam fighting automations, integrations, dashboards, reports, and QA dashboard views for team members.

Creation of UK and Spain Social Media Accounts:

- Created several UK-specific social media accounts, integrating them into Sprinklr and our ads accounts to comply with UK regulations. This included accounts for Instagram and X.
- Recently did the same for Spain, ensuring compliance with local regulations and enhancing our social media presence.

BTC Contest Participant Communication:

- Reached out to all BTC contest participants to inform them of their win.
- Provided detailed instructions on what to submit and maintained ongoing communication to address delays in prize distribution.

Evaluation Questions

Specialized Training for KW Specialists:

- Continued specialized training sessions with Natalie H. to ensure KW specialists are up-to-date with the latest knowledge and skills.

Support for DLT Changes:

- Supported leadership in reporting, supporting, and responding to clients regarding new DLT changes.
- Presented daily reports to marketing directors and VPs, and proactively addressed client questions and concerns.

Peer-to-Peer Feedback Initiative:

- Implemented a peer-to-peer feedback feature within Sprinklr, allowing team members to give each other kudos and constructive feedback.
- This initiative aims to  improve client experience and increase specialist knowledge.

Incident Management - OpR Support:

- Supported the Operations Resilience team from May 27 to May 31 during their retreat, effectively managing incidents and ensuring smooth operations.

Fraud Initiative and Scam Management:

- Implemented the KW Fraud Initiative and led a task force to tackle spam and scams on our social media platforms.
- Enhanced spam fighting efforts resulted in over one hundred scammers being blocked on Facebook the first week alone.

Hiring:

- Successfully onboarded two new specialists.
- Actively working on recruiting additional team members.

- Continually working on recruiting and onboarding new team members to meet our growing needs.

Crypto Knowledge Workshops:

- Initiated KW Crypto Workshops, with bi-weekly calls led by Ody to engage the team in expanding crypto knowledge.

Weekly Team Connect Calls:

- Launched weekly team connect calls to enhance personal connections in our global, remote work environment.

Sprinklr Contract Negotiations:

- Initiated contract negotiations with Sprinklr to improve our platform usage and support.

Video Support:

- Gained access to a collection of support videos and are working on providing personalized video support.

Policy Development for Adult Industry Support Requests:

- Awaiting legal guidance to finalize our policy for handling support requests related to the adult industry.

Kraken Discord Server:

- Collaborating with the marketing team to establish a new Kraken Discord Server to streamline workflows and expand community outreach.

New Terms of Service (ToS) Support:

- Supported leadership in reporting, supporting, and responding to clients regarding the new ToS.
- Presented daily reports to marketing directors and VPs, and proactively prepared for possible client questions.

Enhancing Partnerships:

- Strengthening our partnership with the UX research team and the Product team to improve user experience and support setup for FB/WhatsApp.

Airtable Implementation:

- Successfully implemented Airtable to maintain comprehensive team records and eliminate communication barriers.

QA Process Revamp:

- Working closely with Dan R., our QA DRI, to revamp our QA process and metrics to better align with CE QA practices.

Team Management

- Successfully managed a team of 15 to 16 people, ensuring effective collaboration, communication, and performance.
- Conducted regular check-ins and provided support to team members, fostering a positive and productive work environment.

Revamped Team Meetings:

- Changed team meeting times to maximize attendance.
- Involved new team members in presenting during meetings to increase engagement and ownership in projects.

Interview Process Involvement:

- Involved team members in internal interviews, giving them the opportunity to gain experience and share their insights with candidates.

Evaluation Questions

Zendesk Team Macros:

- Reviewed and revamped our ZenDesk team macros, implementing new ones to improve efficiency.

Training Initiative:

- Started a revamped training initiative in partnership with the training team, focusing on KW-specific areas of interest.

**Question**

What outcomes were expected but not achieved by the Krakenite this past cycle?

Share areas to improve and give helpful suggestions for getting there.

Examples could include:

- Ensuring that practices align with Kraken's values and operating principles.
- Finding ways to use time wisely and cut out distractions.
- Trying out better approaches and leaving behind ones that don't work.
- Getting better at collaborating and communicating with others for smoother teamwork and stronger project outcomes.

**Manager**

**Comment**

Removing bottlenecks: Today, single points of failure exist within Kraken Watch that are limiting, particularly with regard to Sprinklr. The Sprinklr team retaining continuous access to our systems is a security risk, and our lack of system mastery has led to delays and missteps in system evolution. Additionally, our Sprinklr contract negotiation and renewal was delayed as vendor relations and I were not added to the conversation until quite late, which was a contributing factor in causing a x-functional scramble.

Availability and Responsiveness: Instances of delays in responding to team members and stakeholders at times negatively affected team morale and confidence, and partnership dynamics with other teams and functions.

Strategic Vision/Change Management: Feedback from Ana's team indicates a perceived lack of transparency and advanced communication regarding strategic changes, highlighting a missed opportunity to improve change management practices.

**Worker**

**Comment**

- Social Media Training Opportunities:

  - Expected Outcome: Finding specific training opportunities for social media and making them available to the team.

Evaluation Questions

- Current Status: This was not fully achieved during this cycle.
- Suggestions for Improvement:

  - Schedule dedicated time each week to research and identify relevant social media training programs.
  - Collaborate with the training team to integrate these opportunities into our existing training initiatives.
  - Set quarterly goals to ensure consistent progress in providing social media training to the team.

- Wellness and Mindfulness Focus:

  - Expected Outcome: Finding time to focus more on wellness and mindfulness, and prioritizing personal well-being.
  - Current Status: This goal was not fully achieved during this cycle.
  - Suggestions for Improvement:

    - Allocate specific times in your weekly schedule for wellness activities such as meditation, exercise, or mindfulness practices.
    - Encourage team members to participate in wellness programs by sharing resources and leading by example.
    - Reach out to our wellness team to invite them to join some of our weekly calls for wellness exercises.

Mastery of the Sprinklr Platform:

- Expected Outcome: Continuously improve my knowledge and mastery of the Sprinklr platform.
- Current Status: This is an ongoing effort as the platform is complex and constantly evolving.
- Suggestions for Improvement:

  - Continue to dedicate regular time to explore and learn about new features and updates in Sprinklr.
  - Engage with the Sprinklr community and support forums to gain insights and best practices from other users.

**Question**

What actions should the Krakenite consider for their growth and development in the coming months?

Share your thoughts on enhancing skills and personal growth opportunities to become more effective in their position and what support is needed.

Consider actions or behaviors that involve:

- Growth in specific Kraken values or operational principles.
- Attending workshops or participating in learning that can support acquiring new specific skills or refining existing techniques.

Evaluation Questions

- Taking the initiative to research new projects or embrace additional responsibilities.
- Injecting crypto knowledge into daily work.
- Role expectations for the next 6 months

**Manager**

**Comment**

Assuming Best Intent: I believe that Ana would benefit from revisiting Kraken's [Assume Best Intent value](#) and striving to more readily exhibit its Candid and Trusting sub-values. Trust between Ana and some of her team members on KW was severed late last year, and while Ana was encouraged to engage in good faith and work to repair trust, she continued to demonstrate distrust. This was demonstrated through her discounting the validity of the feedback provided by select team members and indicating that she believed one of her team members was manipulating the perspective of several others. Moving forward, I encourage Ana to engage with others in good faith and to try and grow from difficult experiences.

I can recognize that the dynamic between her and some of her team members is not one-sided and that the situation has been complex and difficult to navigate, and commend Ana on her efforts to get the team back on track. Overall, I am hopeful that her move to Marketing will serve as a fresh start for her to live up to her full potential without the distraction and disruption caused by persistent interpersonal conflict.

Improved Slack Organization: By leveraging organizational features in Slack such as sections and channel notifications in a more strategic way, Ana can address the issues with her responsiveness to messages and notifications in Slack. The reality is that many Krakenites have an abundance of channels and notifications that they must keep up with to effectively manage their responsibilities, and it is each of our responsibility to develop strategies that enable us to effectively prioritize our work and actively participate in conversations in a timely manner.

Wellbeing: I encourage Ana to actively engage in Kraken's wellness offerings. With personal events and strain within the Kraken Watch team, along with a heavy workload, I am sure Ana is carrying a fair amount of stress today. Given the fast paced and rapidly fluctuating industry and organization we're in, it's important that we all take the time to practice self-care on a regular basis. I encourage Ana to make use of our [wellbeing programs](#) including 1-1 coaching and counseling, mindfulness applications, and group sessions.

**Worker**

**Comment**

Embrace Innovation:

- Action: Stay updated with the latest industry trends and technologies by attending relevant webinars, conferences, and workshops.
- Support Needed: Approval for participation in industry events and webinars, along with a budget allocation for these activities.

Advanced Social Media Training:

- Action: Attend specialized training sessions to enhance knowledge and skills in social media management and strategy.
- Support Needed: Access to online courses, webinars, or in-person training sessions focused on advanced social media techniques.

Evaluation Questions

Research New Projects:

- Action: Take the initiative to identify and propose new projects that align with our team's goals and Kraken's strategic objectives.
- Support Needed: Time allocated for research and brainstorming sessions, and support from leadership to review and approve new project ideas.

**Question**

Are there any additional points to share in relation to the Krakenite's performance this past cycle?

Examples of your reflection may include: personal goals, challenges, wins, needed support, etc.

**Manager**

**Comment**

Throughout this review period, Ana made a significant impact by keeping a steadfast focus on service continuity and expansion, operational improvement, and team member engagement in order to drive social and review platform support forward. Keeping in mind that Ana is transitioning into a new role on the Marketing team, I recommend that she focus on assuming best intent, prioritizing her wellbeing, and developing strategies that enable her to remain aware of and engaged in relevant conversations, particularly on Slack.

Thank you, Ana, for your determination and passion for our clients and Kraken's mission. I wish you all the best in your new role, am excited for your impact in Marketing, and appreciate all you've done for Kraken Watch over the years. □

**Worker**

**Comment**

As I look ahead to the next six months, my focus is on enhancing my skills and making a stronger impact at Kraken. I'm committed to embodying Kraken's core values, especially in delivering exceptional client experiences and fostering innovation.

I plan to attend workshops that will sharpen my social media and Sprinklr platform skills, ensuring I stay ahead in this dynamic industry. Additionally, injecting crypto knowledge into our daily operations will keep us informed and proactive.

With continued support from our leadership and access to the right resources, I'm confident I can achieve these goals. I'm excited about the opportunity to grow professionally and contribute even more to Kraken's ongoing success.

# EXHIBIT 8

5/15/25, 11:20 AM

Case 3:25-cv-03524-TLT   Document 21   Filed 07/30/25   Page 51 of 52
[KX-34413] Ana Rose (@anar) lateral move to Marketing org

## [KX-34413] Ana Rose (@anar) lateral move to Marketing org  Created: 24/Jul/24  Updated: 06/Aug/24  Resolved: 31/Jul/24

| Status: | Completed |
|---|---|
| Project: | KX |
| Components: | None |
| Affects versions: | None |
| Fix versions: | None |
| Security Level: | General |

| Type: | Krakenite Job Change / Correction Request | Priority: | Medium |
|---|---|---|---|
| Reporter: | niran.vinod | Assignee: | tasha.keller |
| Resolution: | Done | Votes: | 0 |
| Labels: | job-change | | |
| Remaining Estimate: | Not Specified | | |
| Time Spent: | Not Specified | | |
| Original estimate: | Not Specified | | |

| Request Type: | ⚲ Krakenite Job Change Request |
|---|---|
| Request participants: | |
| Worker Change: | Lateral Move |
| Approvers: | liz.armistead (Inactive) |
| KX Date: | 05/Aug/24 |
| Department: | Marketing - Brand |
| KX Employment Type: | Consultant |
| KX Manager User Picker: | liz.armistead (Inactive) |
| Pay Group: | 119 CON Monthly SAL-USD |
| KX Area: | General KX / Other |
| Region: | AMER |
| Proposed Job Code: | P2 |
| Organizations: | None |

### Description

**Note:** The job change ticket isn't working for me, so please move this accordingly. Thank you!

**Ticket Type:** Job Change / Lateral Move

**Worker Name:** Ana Rose (@AnaR)

**Part of CE/Engineering:** No (she is leaving CE with this ticket)

**KXBP confirmed/acknowledged:** Yes

**Proposed Job Code:** P2

**Effective Date:** August 5, 2024

**Current Job Profile:** CEM2

**Proposed Job Profile:** MMP2

**Current Title:** Team Lead, Client Engagement

**Proposed Title:** Social Media Specialist II

**Current Salary:** $66,950 USD

**Proposed Salary:** $84,000 USD

**P4P:** No change (remains 10%)

**Equity:** No change

**Current Cost Center:** CE - Client Engagement

**Proposed Cost Center:** Marketing - Brand

**Current Manager:** Zoe Griggs (@Zoe)

**Receiving Manager:** Michael Marino (@michael.marino) - see KX-34386

**On Company Visa:** No

**90 Day Trial:** No

**Will this person be a new people-manager?:** No - she has a current supe org which can be deleted if necessary after the xfer on August 5th. Note that her team is not coming with her in the move.

**Blackout Exception Request:** Yes (related to KX-34386). Ana is transferring from CE to Marketing, and will not have the proper permissions in place for her role, amongst other issues, if she is not under the correct org and manager in Workday. (Note that she will not be promoted in the cycle.)

If you need any other details, please let me know. Thank you!

Best,

Candace

---

**Comments**

| Comment by gordon.koo [ 24/Jul/24 ] |
| --- |
| @jason.trac @ben.hutchings given the timing / changes, are you OK with these? |

| Comment by tasha.keller [ 31/Jul/24 ] |
| --- |
| Hi Candace, |

This move has been completed, effective Aug 5th. I will go ahead and close out this ticket, but please let me know if I can help with anything else.

Thanks,

Tasha

| Comment by candace [ 05/Aug/24 ] |
| --- |

Hi tasha.keller - it looked like Ana's old team moved with her. Can you put her team back in CE? For now they should be under Ana's old manager, Zoe Griggs.


Thanks,

Candace

| Comment by roberta.podevin [ 06/Aug/24 ] |
| --- |

Hi tasha.keller


The Manager for Ana's team should be  @ neil.m.   Can we please update this for comp planning?

Thank you!

Roberta

Generated at Thu May 15 18:19:57 UTC 2025 by crystal.leduc using Jira 1001.0.0-SNAPSHOT#100283-rev:7167b0683f3c73213efe8d31b6571123e5980b9e.