David Mara, Esq. (SBN 230498)
dmara@maralawfirm.com
Jill Vecchi, Esq. (SBN 299333)
jvecchi@maralawfirm.com
Carter Cordura, Esq. (SBN 359252)
ccordura@maralawfirm.com
**MARA LAW FIRM, PC**
3160 Camino del Rio South, Suite 207
San Diego, CA 92108
Telephone:   619.234.2833
Facsimile:    619.234.4048

Attorneys for Plaintiff ANA ROSE

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA ROSE, an individual, on behalf of herself and all other similarly situated employees<br><br>Plaintiff,<br><br>vs.<br><br>PAYWARD, INC. dba KRAKEN; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 3:25-cv-03524-TLT<br><br>**PLAINTIFF COLLECTIVE MEMBERS' CONSENT TO JOIN FORMS**<br><br><br>**Complaint Filed: April 22, 2025**<br>**Trial Date: None Set** |

**PLEASE TAKE NOTICE** that on February 19, 2026, the following Plaintiff Collective Members submit their consent to join the collective action entitled *Rose v. Payward, Inc. dba Kraken*, Case No. 3:25-cv-03524-TLT:

- Karla Godinez
- Dylan Kiun Milham Leonard
- Albert Alfayed Ott
- Samuel Del Toro
- Cody Hanna
- Hakan Ikinici
- Rachel Dena Wilderman
- Mark Selementi
- Chun Lam Agnes Leung Law

## CONSENT TO JOIN COLLECTIVE ACTION AGAINST KRAKEN

Printed Name: _Karla Godinez_ .

1. I hereby consent to join the collective action lawsuit filed against Payward, Inc. dba Kraken ("Kraken") to pursue my claims of unpaid overtime during the time I worked for Kraken.

2. I understand that this action is brought under the Fair Labor Standards Act (FLSA), and I consent to be bound by the Court's decision with respect to the FLSA claim(s) at issue.

3. I confirm that I have worked for Kraken as a Client Engagement Specialist at some point within the past three (3) years, that I was paid on a salary basis, that I was classified as exempt, and was not paid overtime compensation for any hours I worked over forty in a week.

4. I designate the law firm and attorneys at Mara Law Firm, PC as my attorneys to prosecute my overtime claims.

5. I consent to having Plaintiff Ana Rose and Plaintiff's Counsel make all decisions regarding the litigation and any settlement. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that Mara Law Firm, PC will petition the Court for reasonable attorneys' fees from any settlement or judgment obtained in the lawsuit.

6. If needed, I authorize Plaintiff's Counsel to use this consent to re-file my claim in a separate lawsuit or arbitration against Kraken or its affiliated entities.

_____                    10/19/2025
Signature                                           Date Signed

_Karla Godinez_____                    ████████████████████
Full Legal Name (print)                             Email Address*

████████████████████████████                        ████████████████████
Street Address*                                     City/State/Zip

████████████████                                    ████████████████████
Home Phone Number *                                 Cell Phone Number

* This information will be redacted and will not be filed in the public record. This information will be solely used by Plaintiff's Counsel to communicate with you.

## CONSENT TO JOIN COLLECTIVE ACTION AGAINST KRAKEN

Printed Name: Dylan Kiun Milham Leonard

1. I hereby consent to join the collective action lawsuit filed against Payward, Inc. dba Kraken ("Kraken") to pursue my claims of unpaid overtime during the time I worked for Kraken.

2. I understand that this action is brought under the Fair Labor Standards Act (FLSA), and I consent to be bound by the Court's decision with respect to the FLSA claim(s) at issue.

3. I confirm that I have worked for Kraken as a Client Engagement Specialist at some point within the past three (3) years, that I was paid on a salary basis, that I was classified as exempt, and was not paid overtime compensation for any hours I worked over forty in a week.

4. I designate the law firm and attorneys at Mara Law Firm, PC as my attorneys to prosecute my overtime claims.

5. I consent to having Plaintiff Ana Rose and Plaintiff's Counsel make all decisions regarding the litigation and any settlement. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that Mara Law Firm, PC will petition the Court for reasonable attorneys' fees from any settlement or judgment obtained in the lawsuit.

6. If needed, I authorize Plaintiff's Counsel to use this consent to re-file my claim in a separate lawsuit or arbitration against Kraken or its affiliated entities.

*Dylan Kiun Milham Leonard*

Signature

10/17/2025

Date Signed

Dylan Kiun Milham Leonard

Full Legal Name (print)

Email Address*

Street Address*

City/State/Zip

Home Phone Number *

Cell Phone Number

* This information will be redacted and will not be filed in the public record. This information will be solely used by Plaintiff's Counsel to communicate with you.

**CONSENT TO JOIN COLLECTIVE ACTION AGAINST KRAKEN**

Printed Name: _Albert Alfayed Ott_

1. I hereby consent to join the collective action lawsuit filed against Payward, Inc. dba Kraken ("Kraken") to pursue my claims of unpaid overtime during the time I worked for Kraken.

2. I understand that this action is brought under the Fair Labor Standards Act (FLSA), and I consent to be bound by the Court's decision with respect to the FLSA claim(s) at issue.

3. I confirm that I have worked for Kraken as a Client Engagement Specialist at some point within the past three (3) years, that I was paid on a salary basis, that I was classified as exempt, and was not paid overtime compensation for any hours I worked over forty in a week.

4. I designate the law firm and attorneys at Mara Law Firm, PC as my attorneys to prosecute my overtime claims.

5. I consent to having Plaintiff Ana Rose and Plaintiff's Counsel make all decisions regarding the litigation and any settlement. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that Mara Law Firm, PC will petition the Court for reasonable attorneys' fees from any settlement or judgment obtained in the lawsuit.

6. If needed, I authorize Plaintiff's Counsel to use this consent to re-file my claim in a separate lawsuit or arbitration against Kraken or its affiliated entities.

_____     **10/22/2025**
Signature                              Date Signed

_Albert Alfayed Ott_____     _____
Full Legal Name (print)                Email Address*

_____     _____
Street Address*                        City/State/Zip

_____     _____
Home Phone Number *                    Cell Phone Number

\* This information will be redacted and will not be filed in the public record. This information will be solely used by Plaintiff's Counsel to communicate with you.

## CONSENT TO JOIN COLLECTIVE ACTION AGAINST KRAKEN

Printed Name: **Samuel Del Toro**

1. I hereby consent to join the collective action lawsuit filed against Payward, Inc. dba Kraken ("Kraken") to pursue my claims of unpaid overtime during the time I worked for Kraken.

2. I understand that this action is brought under the Fair Labor Standards Act (FLSA), and I consent to be bound by the Court's decision with respect to the FLSA claim(s) at issue.

3. I confirm that I have worked for Kraken as a Client Engagement Specialist at some point within the past three (3) years, that I was paid on a salary basis, that I was classified as exempt, and was not paid overtime compensation for any hours I worked over forty in a week.

4. I designate the law firm and attorneys at Mara Law Firm, PC as my attorneys to prosecute my overtime claims.

5. I consent to having Plaintiff Ana Rose and Plaintiff's Counsel make all decisions regarding the litigation and any settlement. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that Mara Law Firm, PC will petition the Court for reasonable attorneys' fees from any settlement or judgment obtained in the lawsuit.

6. If needed, I authorize Plaintiff's Counsel to use this consent to re-file my claim in a separate lawsuit or arbitration against Kraken or its affiliated entities.

*Samuel Del Toro*
_____
Signature

10/21/2025
_____
Date Signed

Samuel Del Toro
_____
Full Legal Name (print)

██████████████████████████
Email Address*

██████████████████████████
Street Address*

██████████████████████████
City/State/Zip

██████████████████████████
Home Phone Number *

██████████████████████████
Cell Phone Number

* This information will be redacted and will not be filed in the public record. This information will be solely used by Plaintiff's Counsel to communicate with you.

## CONSENT TO JOIN COLLECTIVE ACTION AGAINST KRAKEN

Printed Name: **Cody Hanna**

1. I hereby consent to join the collective action lawsuit filed against Payward, Inc. dba Kraken ("Kraken") to pursue my claims of unpaid overtime during the time I worked for Kraken.

2. I understand that this action is brought under the Fair Labor Standards Act (FLSA), and I consent to be bound by the Court's decision with respect to the FLSA claim(s) at issue.

3. I confirm that I have worked for Kraken as a Client Engagement Specialist at some point within the past three (3) years, that I was paid on a salary basis, that I was classified as exempt, and was not paid overtime compensation for any hours I worked over forty in a week.

4. I designate the law firm and attorneys at Mara Law Firm, PC as my attorneys to prosecute my overtime claims.

5. I consent to having Plaintiff Ana Rose and Plaintiff's Counsel make all decisions regarding the litigation and any settlement. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that Mara Law Firm, PC will petition the Court for reasonable attorneys' fees from any settlement or judgment obtained in the lawsuit.

6. If needed, I authorize Plaintiff's Counsel to use this consent to re-file my claim in a separate lawsuit or arbitration against Kraken or its affiliated entities.

*Cody Michael Hanna*

| Signature | Date Signed |
|---|---|
| | 12/12/2025 |

| Full Legal Name (print) | Email Address* |
|---|---|
| Cody Hanna | [redacted] |

| Street Address* | City/State/Zip |
|---|---|
| [redacted] | [redacted] |

| Home Phone Number * | Cell Phone Number |
|---|---|
| [redacted] | [redacted] |

* This information will be redacted and will not be filed in the public record. This information will be solely used by Plaintiff's Counsel to communicate with you.

**CONSENT TO JOIN COLLECTIVE ACTION AGAINST KRAKEN**

Printed Name: Hakan Ikinci

1. I hereby consent to join the collective action lawsuit filed against Payward, Inc. dba Kraken ("Kraken") to pursue my claims of unpaid overtime during the time I worked for Kraken.

2. I understand that this action is brought under the Fair Labor Standards Act (FLSA), and I consent to be bound by the Court's decision with respect to the FLSA claim(s) at issue.

3. I confirm that I have worked for Kraken as a Client Engagement Specialist at some point within the past three (3) years, that I was paid on a salary basis, that I was classified as exempt, and was not paid overtime compensation for any hours I worked over forty in a week.

4. I designate the law firm and attorneys at Mara Law Firm, PC as my attorneys to prosecute my overtime claims.

5. I consent to having Plaintiff Ana Rose and Plaintiff's Counsel make all decisions regarding the litigation and any settlement. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that Mara Law Firm, PC will petition the Court for reasonable attorneys' fees from any settlement or judgment obtained in the lawsuit.

6. If needed, I authorize Plaintiff's Counsel to use this consent to re-file my claim in a separate lawsuit or arbitration against Kraken or its affiliated entities.

Hakan Ikinci

Signature | 11/25/2025
 | Date Signed

Hakan Ikinci
Full Legal Name (print) | Email Address*

Street Address* | City/State/Zip

Home Phone Number * | Cell Phone Number

* This information will be redacted and will not be filed in the public record. This information will be solely used by Plaintiff's Counsel to communicate with you.

## CONSENT TO JOIN COLLECTIVE ACTION AGAINST KRAKEN

Printed Name: **Rachael Dena Wilderman**

1. I hereby consent to join the collective action lawsuit filed against Payward, Inc. dba Kraken ("Kraken") to pursue my claims of unpaid overtime during the time I worked for Kraken.

2. I understand that this action is brought under the Fair Labor Standards Act (FLSA), and I consent to be bound by the Court's decision with respect to the FLSA claim(s) at issue.

3. I confirm that I have worked for Kraken as a Client Engagement Specialist at some point within the past three (3) years, that I was paid on a salary basis, that I was classified as exempt, and was not paid overtime compensation for any hours I worked over forty in a week.

4. I designate the law firm and attorneys at Mara Law Firm, PC as my attorneys to prosecute my overtime claims.

5. I consent to having Plaintiff Ana Rose and Plaintiff's Counsel make all decisions regarding the litigation and any settlement. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that Mara Law Firm, PC will petition the Court for reasonable attorneys' fees from any settlement or judgment obtained in the lawsuit.

6. If needed, I authorize Plaintiff's Counsel to use this consent to re-file my claim in a separate lawsuit or arbitration against Kraken or its affiliated entities.

*Rachael Dena Wilderman*
Signature

10/30/2025
Date Signed

Rachael Dena Wilderman
Full Legal Name (print)

[redacted]
Email Address*

[redacted]
Street Address*

[redacted]
City/State/Zip

[redacted]
Home Phone Number *

[redacted]
Cell Phone Number

\* This information will be redacted and will not be filed in the public record. This information will be solely used by Plaintiff's Counsel to communicate with you.

## CONSENT TO JOIN COLLECTIVE ACTION AGAINST KRAKEN

Printed Name: *Mark Selementi*

1. I hereby consent to join the collective action lawsuit filed against Payward, Inc. dba Kraken ("Kraken") to pursue my claims of unpaid overtime during the time I worked for Kraken.

2. I understand that this action is brought under the Fair Labor Standards Act (FLSA), and I consent to be bound by the Court's decision with respect to the FLSA claim(s) at issue.

3. I confirm that I have worked for Kraken as a Client Engagement Specialist at some point within the past three (3) years, that I was paid on a salary basis, that I was classified as exempt, and was not paid overtime compensation for any hours I worked over forty in a week.

4. I designate the law firm and attorneys at Mara Law Firm, PC as my attorneys to prosecute my overtime claims.

5. I consent to having Plaintiff Ana Rose and Plaintiff's Counsel make all decisions regarding the litigation and any settlement. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that Mara Law Firm, PC will petition the Court for reasonable attorneys' fees from any settlement or judgment obtained in the lawsuit.

6. If needed, I authorize Plaintiff's Counsel to use this consent to re-file my claim in a separate lawsuit or arbitration against Kraken or its affiliated entities.

*Mark Selementi*

Signature

11/17/2025

Date Signed

Mark Selementi

Full Legal Name (print)

[redacted]

Email Address*

[redacted]

Street Address*

[redacted]

City/State/Zip

[redacted]

Home Phone Number *

[redacted]

Cell Phone Number

\* This information will be redacted and will not be filed in the public record. This information will be solely used by Plaintiff's Counsel to communicate with you.

CONSENT TO JOIN COLLECTIVE ACTION AGAINST KRAKEN

Printed Name: _u_d, Law\ Aosoes   Wma)\soa,_

1. I hereby consent to join the collective action lawsuit filed against Payward, Inc. dba Kraken ("Kraken") to pursue my claims of unpaid overtime during the time I worked for Kraken.

2. I understand that this action is brought under the Fair Labor Standards Act (FLSA), and I consent to be bound by the Court's decision with respect to the FI,SA claim(s) at issue.

3. I confirm that I have worked for Kraken as a Client Engagement Specialist at some point within the past three (3) years, that 1 was paid on a salary basis, that I was classified as exempt, and was not paid overtime compensation for any hours I worked over forty in a week.

4. I designate the law firm and attorneys at Mara Law Firm, PC as my attorneys to prosecute my overtime claims.

5. I consent to having Plaintiff Ana Rose and Plaintiff's Counsel make all decisions regarding the litigation and any settlement. [ understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that Mara Law Firm, PC will petition the Court for reasonable attorneys' fees from any settlement or judgment obtained in the lawsuit.

6. If needed, I authorize Plaintiff's Counsel to use this consent to re-file my claim in a separate lawsuit or arbitration against Kraken or its affiliated entities.

_____  
Signature

DIG 5 (2015  
Date Signed

_UJI_N _lK_  D"_N/\z_s Lgalt\5kso,k  
Full Legal Name (p  tit)

_____  
Ernall     ress*

Meet Address*

City/State/Zip   _____

Home Phone Number

Cell Phone Nunther

\* This information will be redacted and will not be filed in the public record. This information will be solely used by Plaintiffs Counsel to communicate with you.

ILYM ID: PYWD048  
Pc 048

EIFLIEJ  
Illz2t11