David Mara, Esq. (230498)
Carter Cordura, Esq (359252)
**MARA LAW FIRM, PC**
3160 Camino Del Rio South, Suite 207
San Diego, California 92108
Telephone: (619) 234-2833
Facsimile: (619) 234-4048
Email: dmara@maralawfirm.com
         ccordura@maralawfirm.com

Attorneys for Plaintiff ANA ROSE


Marlene S. Muraco, Bar No. 154240
mmuraco@littler.com
Nicholas C. Lansdown, Bar No. 312915
nlansdown@littler.com
**LITTLER MENDELSON, P.C.**
50 W. San Fernando, 7th Floor
San Jose, California 95113.2431
Telephone:  408.998.4150
Facsimile:  408.288.5686

Attorneys for Defendant PAYWARD, INC. dba KRAKEN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA ROSE, an individual, on behalf of herself and all other similarly situated employees,<br><br>Plaintiffs,<br><br>v.<br><br>PAYWARD, INC. dba KRAKEN; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.  3:25-cv-03524-TLT<br><br>**JOINT STATUS UPDATE RE: SETTLEMENT EFFORTS**<br><br>Date:   May 1, 2026<br>Judge: Hon. Trina L. Thompson |

Plaintiff Ana Rose ("Plaintiff") and Defendant Payward, Inc. dba Kraken. ("Defendant") (collectively, the "Parties") submit this Joint Status Update Re: Settlement.

The Parties are working toward finalizing a settlement, and are awaiting Defendant's final board approval. Once finalized the Parties will work together in drafting a long form settlement agreement. Plaintiff will then bring a motion for approval of the settlement.

Should the settlement fail to finalize for any reason, the Parties are prepared to proceed with litigation and the filing of Plaintiff's motion for equitable tolling and Defendant's motion to strike collective members.

The Parties will notify the Court promptly in the event a final settlement is reached.

RESPECTFULLY SUBMITTED,

Dated: May 1, 2026                    **MARA LAW FIRM PC**


                                      _/s/ Carter Cordura_
                                      David Mara, Esq.
                                      Carter Cordura, Esq.
                                      Representing Plaintiffs


Dated: May 1, 2026                    **LITTLER MENDELSON, P.C.**


                                      _/s/ Marlene S. Muraco_
                                      Marlene S. Muraco, Esq.
                                      Nicholas C. Lansdown, Esq.
                                      Representing Defendant

JOINT STATEMENT RE: SETTLEMENT          2
Case No. 3:25-cv-03524-TLT